United States District Court
Eastern District of Michigan
Northern Division

**Estate of John Timothy MacDormott,**
Deceased, by his personal representative
**Carolyn Joyce MacDormott**,

    Plaintiff,

v.

**United States of America**, **Danny D. Greig, II, M.D.**, **Mid-Michigan Medical Center-Midland**, a domestic nonprofit corporation, Jointly and Severally,

    Defendants.

Civil No. 17-10201

Honorable Victoria A. Roberts
Mag. Judge Patricia T. Morris

## Stipulated Order Dismissing Defendant United States

Plaintiff John MacDormott, by his personal representative, Carolyn Joyce MacDormott, and defendant United States, by and through their undersigned attorneys, stipulate to the entry of an order dismissing the United States from the above-captioned case without prejudice and with each party bearing their own costs and attorney fees.

**IT IS SO ORDERED.**

S/Victoria A. Roberts
VICTORIA A. ROBERTS
United States District Judge

Dated: July 10, 2017

| | |
|---|---|
| **Johnson Law, PLC** | **Daniel L. Lemisch**<br>Acting United States Attorney |
| */s/ Jay Ahmad (w/ consent)*<br>**S. Jay Ahmad** (P43206)<br>535 Griswold Street, Suite 2632<br>Detroit, MI 48226<br>313-324-8300<br>Jahmad@venjohnsonlaw.Com | */s/ Zak Toomey*<br>**Zak Toomey** (MO61618)<br>Assistant United States Attorney<br>211 W. Fort Street, Suite 2001<br>Detroit, Michigan 48226<br>(313) 226-9617<br>zak.toomey@usdoj.gov |
| *Attorney for Plaintiff* | *Attorney for Defendant United States of America* |
| Dated: July 7, 2017 | Dated July 7, 2017 |