UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ESTATE OF JOHN TIMOTHY MACDORMOTT
DECEASED, BY HIS PERSONAL REPRESENTATIVE
CAROLYN JOYCE MACDORMOTT,

    Plaintiff,                                      Case No: 17-10201
                                                      Honorable Victoria A. Roberts

v.

DANNY D. GREIG, II, M.D., MIDMICHIGAN
MEDICAL CENTER – MIDLAND, a domestic
nonprofit corporation, jointly and severally

    Defendants.
_____/

## ORDER OF DISMISSAL

The Court entered an order on July 10, 2017, dismissing all claims against the United States of America. [Doc. #29]. Only state law claims remain. The Court in its discretion declines to exercise supplemental jurisdiction over them. 28 U.S.C. §1367(c)(3) ("The district courts may decline to exercise supplemental jurisdiction over a claim… [if] the district court has dismissed all claims over which it has original jurisdiction."). This case is dismissed.

    **IT IS ORDERED.**

                                                              S/Victoria A. Roberts
                                                              United States District Judge

Dated:  July 26, 2017